MARY MUZIO AND ANGELO MUZIO, PLAINTIFFS-APPEL-
LANTS, v. GEORGE KRAUZER, NICHOLAS KRAUZER
AND JACOB KRAUZER, t/a KRAUZER'S QUALITY DAIRY
STORE, DEFENDANTS-RESPONDENTS.

Argued January 22, 1973—Decided February 7, 1973.

*Mr. Andrew M. Rockman* argued the cause for appellant
(*Messrs. Levinson, Conover, Fink and Axelrod,* attorneys).

*Mr. Herbert C. Klein* argued the cause for respondent
(*Messrs. Krieger and Klein,* attorneys).

PER CURIAM. The judgment of the Appellate Division,
122 *N. J. Super.* 221, is affirmed substantially for the reasons
expressed in its per curiam opinion.

*For affirmance*—Chief Justice WEINTRAUB, Justice HALL,
and Judges CONFORD and SULLIVAN—4.

*For reversal*—Justices JACOBS and MOUNTAIN—2.